Exhibit A

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

13140

OMB No. 1140-0020

# Firearms Transaction Record Part I - Over-the-Counter

**WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.**

**Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."**

Transferor's Transaction Serial Number *(If any)* 651329

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Peak | Mac waughla | Macalla |

2. Current Residence Address **(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)**

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| [redacted] | [redacted] | Hartford | CT | [redacted] |

| 3. Place of Birth U.S. City and State -OR- Foreign Country | 4. Height | 5. Weight *(Lbs.)* | 6. Gender | 7. Birth Date |
|---|---|---|---|---|
| Foreign Country: Jamaica | Ft. [redacted] In. [redacted] | [redacted] | Male ☑ Female ☐ | Month [redacted] Day [redacted] Year [redacted] |

8. Social Security Number *(Optional, but will help prevent misidentification)*

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

10. Race *(Ethnicity) (Check one or more boxes. See Instructions for Question 10.)*

- ☐ American Indian or Alaska Native
- ☑ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ Hispanic or Latino
- ☐ Asian
- ☐ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking *"yes" or "no"* in the boxes to the right of the questions.

| Question | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: **You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. Are you an alien **illegally** in the United States? | ☐ | ☑ |
| l. Are you a nonimmigrant alien? *(See Instructions for Question 11.l.) If you answered "no" to this question, do* ***NOT*** *respond to question 12 and proceed to question 13.* | ☐ | ☑ |
| 12. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20d.)** *(See Instructions for Question 12.)* ***If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13.*** | ☐ | ☐ |

13. What is your State of residence *(if any)*? *(See Instructions for Question 13.)* CT

14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* ☐ United States of America ☑ Other *(Specify)* Jamaica

15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

Peak

Ex 30

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16)*.

16. Transferee's/Buyer's Signature: Mac Waughfe Peak

17. Certification Date: 3-15-2010

**Section B - Must Be Completed By Transferor (Seller)**

18. Type of firearm(s) to be transferred *(check or mark all that apply)*: [X] Handgun [ ] Long Gun *(rifles or shotguns)* [ ] Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)*

19. If sale at a gun show or other qualifying event. Name of Event / City, State

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification)* *(See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* Month | Day | Year |
|---|---|---|---|---|
| Permit CT | 978701 | 03 | 01 | 2015 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

20c. All Aliens: Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements)*. *(See Instructions for Question 20.c.)* Type(s) of Document / Date(s) of residence indicated on documents

20d. Nonimmigrant Aliens Must Provide: Type of documentation showing an exception to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

**Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and 23.)*

21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* Month 03 Day 15 Year 2010

21b. The NICS or State transaction number *(if provided)* was: 65/329

21c. The response initially provided by NICS or the appropriate State agency was: [X] Proceed [ ] Delayed [ ] Denied [ ] Cancelled *[The firearm(s) may be transferred on ______ (MDI date provided by NICS) if State law permits (optional)]*

21d. If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency: [ ] Proceed ______ (date) [ ] Denied ______ (date) [ ] Cancelled ______ (date) [ ] No resolution was provided within 3 business days.

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ______ (date). [ ] Proceed [ ] Denied [ ] Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)* ______ (name) ______ (number)

22. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

23. [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)*

**Section C - Must Be Completed Personally By Transferee (Buyer)**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

24. Transferee's/Buyer's Signature | 25. Recertification Date

Transferor (Seller) Continue to Next Page

STAPLE IF PAGES BECOME SEPARATED

**Section D - Must Be Completed By Transferor (Seller)**

| 26. Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30. Caliber or Gauge |
|---|---|---|---|---|
| Glock | 19 | PAN672 | Pistol | 9mm |
| | | | | |
| | | | | |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)* One

30b. Is any part of this transaction a Pawn Redemption? [ ] Yes [X] No

30c. For Use by FFL *(See Instructions for Question 30c.)*

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)*

Riverview Sales
4 Prospect Hill Rd
East Windsor, CT 06088

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)* 6-06-003-01-0L-01035

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| ICrys Dibell | [signature] | Sales | 03/15/10 |

**NOTICES, INSTRUCTIONS AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

**Section A**

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

**APPLICATION TO PURCHASE A FIREARM** - SECTIONS 29-33 AND 29-37a OF THE CONNECTICUT GENERAL STATUTES

WEAPON TYPE: ☒ HANDGUN ☐ LONG GUN SALE AUTHORIZATION NUMBER(S): 651 329

NAME: Peak (LAST) MacWaughla (FIRST) Macalla (MIDDLE) DATE OF BIRTH: [redacted] (MM/DD/YYYY)

RESIDENTIAL ADDRESS: (POST OFFICE BOXES NOT ACCEPTED) [redacted] (NUMBER) [redacted] (STREET) Hartford (TOWN) CT. (STATE) 06114 (ZIP)

SEX: M RACE: [redacted] HEIGHT: [redacted] WEIGHT: [redacted] EYE COLOR: Brown HAIR COLOR: Black

SOCIAL SECURITY #: ______ (OPTIONAL) COUNTRY OF CITIZENSHIP: Jamaica (REQUIRED) INS #: ______ (IF APPLICABLE)

PISTOL PERMIT/ELIGIBILITY CERTIFICATE #: 978701 EXPIRATION DATE: 0301-15 (MM/DD/YYYY)

POLICE IDENTIFICATION #: ______ AGENCY NAME: ______

DRIVERS LICENSE #: [redacted] (REQUIRED) STATE: CT EXPIRATION DATE: 2012 (MM/DD/YYYY)

HUNTING LICENSE #: ______ (LONG GUNS ONLY)

| | | | |
|---|---|---|---|
| a. | Have you ever been convicted in any court of a felony? | ☐ Yes | ☒ No |
| b. | Have you been convicted in any court of a misdemeanor crime of domestic/family violence? | ☐ Yes | ☒ No |
| c. | Are you now the subject of a restraining or protective order issued by a court, after notice and an opportunity to be heard has been provided to you, in a case involving the use, attempted use or threatened use of physical force against another person? | ☐ Yes | ☒ No |
| d. | Have you ever been confined in a hospital for a mental illness within the past twelve (12) months by order of a probate court? | ☐ Yes | ☒ No |
| e. | Have you been discharged from custody within the past twenty (20) years after having been found not guilty of a crime by reason of mental disease or defect? | ☐ Yes | ☒ No |
| f. | Are you the subject of a court issued seizure order (risk warrant) per CGS 29-38c? | ☐ Yes | ☒ No |

Information provided on this application is subject to verification from sources including probate, civil, and criminal courts as well as governmental agencies pursuant to State and Federal Law, e.g., P.A. 98-129 (An Act Concerning Handgun Safety) and 18 USC 922 (The Brady Act), as may be amended.

**I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION ON THIS DOCUMENT IS A VIOLATION OF SECTION 29-34 AND/OR 29-37e OF THE CONNECTICUT GENERAL STATUTES AND CONSTITUTES A CLASS D FELONY.**

Mac Peak
SIGNATURE OF PURCHASER

3-15-2010
DATE

**I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE ABOVE QUESTIONS IS PROHIBITED FROM PURCHASING A FIREARM.**

[signature]
SIGNATURE OF SALESPERSON

Riverview Sales
4 Prospect Hill Rd
East Windsor, CT 06088
DEALER NAME IF APPLICABLE

3/15/10
DATE

DPS-67-C (Revised 08/03) Previous editions are obsolete

**THIS FORM MUST BE FILLED OUT COMPLETELY AND LEGIBLY BY THE SELLER AND PURCHASER**