

# STATE OF CONNECTICUT
## DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
## DIVISION OF STATE POLICE
### Special Licensing and Firearms Unit

### Instructions to Applicants

| Pistol Permits – New | Pistol Permits – Renewal In-Person | Pistol Permits – Renewal by Mail |
|---|---|---|
| 1. A valid Temporary State Permit to Carry Pistols or Revolvers (DPS-11-C) must be presented in person at the Department of Emergency Services and Public Protection (DESPP) Headquarters located at 1111 Country Club Road, Middletown, Connecticut 06457-2389.<br><br>2. Proof of legal and lawful presence in the United States is required. Acceptable forms of proof include a birth certificate, U.S. passport, or documentation of permanent residence from the U.S. Citizenship and Immigration Services.<br><br>3. Payment of a $70.00 fee is required, either by check or money order made payable to "Treasurer, State of Connecticut" or by exact cash payment.<br><br>4. Your photograph and signature will be taken at DESPP. | 1. All pistol permits may be renewed in person at DESPP Headquarters ninety (90) days prior to expiration or up to ninety (90) days after expiration. No permit can be renewed after the ninety (90) day grace period following the expiration date.<br><br>2. Confirm the accuracy of the information on DPS-129-C. If corrections are required, draw a single line through any incorrect information and write in the correct information. Present the corrected form to DESPP.<br><br>3. Bring a $70.00 check or money order made payable to "Treasurer, State of Connecticut" or exact cash payment.<br><br>4. Your photograph and signature will be taken at DESPP. | 1. Out-of-state pistol permits may be renewed by mail. Effective 10/01/11, in-state renewals may also be completed by mail.<br><br>2. Confirm the accuracy of the information on DPS-129-C. If corrections are required, draw a single line through any incorrect information and write in the correct information. Sign the corrected form in the presence of a notary prior to mailing.<br><br>3. Using transparent tape, attach a 2" x 2" color passport photo, taken within the previous six (6) months, in the box provided. Include a $70.00 check or money order made payable to "Treasurer, State of Connecticut." Do not send cash.<br><br>4. Proof of legal and lawful presence in the United States is required. Acceptable forms of proof include a birth certificate, U.S. passport, or documentation of permanent residence from the U.S. Citizenship and Immigration Services. Do not send originals.<br><br>5. Include a self-addressed, stamped #10 envelope. |

### Renewals for Armed Security Officers (Blue Cards/Class 1) and Bail Enforcement Agents (Gold Cards/Class2)

1. Follow the instructions above for Pistol Permits – Renewal In-Person.
2. An additional check or money order for $62.00 is required, made payable to "Treasurer, State of Connecticut."
3. Include a self-addressed, stamped #10 envelope.
4. Armed Security Officers must submit a DPS-1030-C annually as proof of completion of the handgun qualification refresher course.

### Eligibility Certificates (New & Renewals)

1. New applicants must complete the DPS-799-C and DPS-164-C, and sign it in the presence of an official when your photo is taken.
2. Submit an affidavit signed by an instructor certified by the State, the National Rifle Association, or the Department of Energy and Environmental Protection stating that the applicant successfully completed a safety or training course in the use of pistols or revolvers or long guns. Such statement shall specify that the instructor was so certified at the time that he taught the course, and shall include the full name of the applicant, and the date, location and duration of the course.
3. Submit fingerprints with two (2) separate checks or money orders to cover the federal processing fee of $16.50 and the state fee of $50.00, both made payable to "Treasurer, State of Connecticut", for the required criminal background checks.
4. Submit an additional check or money order for $35.00 made payable to "Treasurer, State of Connecticut" for the processing of the Eligibility Certificate.
5. When applicable, criminal and/or mental health records must be submitted per Connecticut General Statutes Section 29-36g, as amended by P.A. 13-3 and P.A. 13-220.
6. Renewal applicants must submit a DPS-129-C-2, with $35.00 fee made payable to "Treasurer, State of Connecticut" and documentation of legal and lawful presence in the United States (see # 2 under "Pistol Permits New" for acceptable documents), if previously not verified.
7. Include a self-addressed, stamped #10 envelope.

### Ammunition Certificates (New & Renewals):

1. **New applicants must complete DESPP-417-C, and sign it in the presence of an official when your photo is taken.**

2. Submit check or money order for $35.00 made payable to "Treasurer, State of Connecticut" for the processing.

3. When applicable, criminal and/or mental health records must be submitted per Connecticut General Statutes Section 29-36g, as amended by P.A. 13-3 and P.A.13-220.

4. Renewal applicants must submit a DPS-129-C-2 with $35.00 fee made payable to "Treasurer State of Connecticut."



# STATE OF CONNECTICUT
## DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
## DIVISION OF STATE POLICE
### NOTICE

Pursuant to C.G.S. §§ 29-28, 29-32, 29-36f 29-36I, P.A.13-03, P.A. 13-220, and 18 U.S.C. § 922, *applications covered by these instructions will not be issued or be renewed, if:*

1. You have a *FELONY CONVICTION* in any jurisdiction.

2. You have a *MISDEMEANOR CONVICTION* in Connecticut for one of the following crimes:
   a. Illegal possession of controlled or hallucinogenic substances, as specified under C.G.S. § 21a-279(c)
   b. Criminally negligent homicide as specified under C.G.S. § 53a-58
   c. Assault in the third degree as specified under C.G.S. § 53a-61
   d. Assault of a victim 60 or older in the third degree as specified under C.G.S. § 53a-61a
   e. Threatening in the second degree as specified under C.G.S. § 53a-62
   f. Reckless endangerment in the first degree as specified under C.G.S. § 53a-63
   g. Unlawful restraint in the second degree as specified under C.G.S. § 53a-96
   h. Riot in the first degree as specified under C.G.S. § 53a-175
   i. Riot in the second degree as specified under C.G.S. § 53a-176
   j. Inciting to riot as specified under C.G.S. § 53a-178
   k. Stalking in the second degree as specified under C.G.S. § 53a-181d

3. You are an unlawful user of or addicted to any controlled substance (as defined in the Controlled Substances Act (21 U.S.C. 801, et. seq.).

4. You were *CONVICTED* of a *MISDEMEANOR CRIME of DOMESTIC VIOLENCE*.
   This means an offense that (1) is a misdemeanor under federal or state law; and (2) has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent or guardian of the victim, or by a person with whom the victim shares a child in common, or by a person who is cohabiting with or who has cohabited with the victim or spouse, parent, or guardian, or by any person similarly situated to a spouse, parent or guardian of the victim.

5. You were discharged from custody within the preceding 20 years after having been found *NOT GUILTY OF A CRIME BY REASON OF MENTAL DISEASE OR DEFECT* pursuant to C.G.S. § 53a-13.

6. You were *CONFINED TO A HOSPITAL* for persons with psychiatric disabilities (C.G.S. § 17a-495) within the preceding sixty (60) months by order of a Probate Court.

7. You have been voluntarily admitted to a hospital for persons with psychiatric disabilities, within the preceding six (6) months for reasons other than solely for alcohol or drug dependence.

8. You are subject to a *RESTRAINING ORDER* or *PROTECTIVE ORDER* issued by a court after notice and an opportunity to be heard has been provided to you in a case involving the use, attempted use or threatened use of physical force against another person.

9. You are the subject of a court issued risk warrant to seize firearms pursuant to C.G.S. § 29-38c(d).

10. You are an *ILLEGAL ALIEN* in the United States.

11. You are *UNDER the AGE of 21 years*.

12. You have renounced your United States citizenship.

13. You have been discharged from the Armed Forces under a dishonorable condition.

14. You are prohibited by federal law, under 18 U.S.C. 922 (g) or (n).

Please direct any questions regarding your status in person at DESPP Headquarters, Special Licensing and Firearms Unit, located at 1111 Country Club Road, Middletown, Connecticut 06457-2389 or by telephone at (860) 685-8290. Hours of operation are Monday through Friday 8:30 am – 4:15 pm. *Please note all locations will be closed on State and Federal holidays.* Troop location may be closed during inclement weather. *No appointments necessary.*

---

Troop C – Tolland 1320 Tolland Stage Rd., Tolland CT 06084, telephone 860-896-3271 - 1st full week of every month
Troop E – Montville I-395 N (between exits 79 & 79A) Montville, CT 06382, telephone 860-848-6539 – 2nd full week of every month
Troop L – Litchfield 452 Bantam Rd., Litchfield CT 06759, telephone 860-626-7914 – 3rd full week of every month
*All hours at the above Troops are: 7:30 am – 11am & 11: 30-2pm Monday through Friday*

---

Troop G Permit Office in Bridgeport, 149 Prospect Street, Bridgeport, Connecticut, 06604; telephone (203) 696-2532
Tuesday, Wednesday, Friday, and Saturday 8 am – 12 pm and 12:30- 3:45 pm; Thursday 11 am – 2 pm and 2:30 – 6:45 pm.

Current schedules, hours and directions can be found at www.ct.gov/despp - click on Special Licensing and Firearms Unit link.

*Large Capacity Magazine Declaration (DESPP-788-C) can be obtained on the DESPP website at: www.ct.gov/despp*

---

The Department of Emergency Services and Public Protection (DESPP) herein notifies the applicant that DESPP will be notified by the Department of Mental Health and Addiction Services if the applicant has been confined in a hospital for persons with psychiatric disabilities within the preceding sixty (60) months by order of Probate Court, or if the applicant has been voluntarily admitted to a hospital for persons with psychiatric disabilities within the preceding six (6) months for reasons other than solely for alcohol or drug dependence. DESPP will use this information in order to fulfill its statutory obligations under Connecticut General Statutes Sections 29-28, 29-36f, P.A. 13-3, and P.A. 13-220.